# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 25-CR-3207-CAB |
|---|---|
| Plaintiff, | **JUDGMENT AND ORDER GRANTING UNITED STATES' MOTION TO DISMISS THE INFORMATION WITHOUT PREJUDICE** |
| v. | |
| Florentino Aparicio-Garcia, | |
| Defendant | |

Upon the motion of the United States, and good cause appearing therefrom,

IT IS HEREBY ORDERED the motion to dismiss is granted. The Information filed against FLORENTINO APARICIO-GARCIA, in this case is dismissed without prejudice.

IT IS FURTHER ORDERED the bond filed for the release of the defendant is hereby exonerated.

IT IS SO ORDERED.

DATED: September 18, 2025

_____
HON. CATHY ANN BENCIVENGO
UNITED STATES DISTRICT JUDGE